AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-cr-00035 |
| Mason Joel Courson | ) Assigned to: Judge Sullivan, Emmet G. |
|  | ) Assign Date: 11/17/2021 |
|  | ) Description: SUPERSEDING INDICTMENT (B) |
|  | ) Related Case No: 21-cr-00035 (EGS) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mason Joel Courson,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b), 2 (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon);
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct in a Capitol Building or Grounds)

Date: 11/17/2021

Robin M. Meriweather
2021.11.17 16:13:34 -05'00'
*Issuing officer's signature*

City and state: Washington, DC

Robin Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/30/21, and the person was arrested on *(date)* 12/14/21
at *(city and state)* TAMARAC, FL

Date: 12/14/21

*Arresting officer's signature*

KRISTIN MESA / SPECIAL AGENT FBI
*Printed name and title*