UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-35 (EGS) |
| | : | |
| MASON JOEL COURSON, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for the above-named Defendant have reached an agreement as to this proposed protective order. Therefore, the United States is authorized to represent to the Court that the Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Matthew Moeder*
Matthew Moeder
Assistant United States Attorney
MO Bar # 64036
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Matthew.Moeder@usdoj.gov
(816) 426-4103