# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MASON COURSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:21-cr-35-EGS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MASON COURSON'S DESIRE TO BE TRANSFERRED TO THE D.C. DEPARTMENT OF CORRECTIONS

Mason Courson, through his counsel, notifies the Court that he desires to be transferred to the D.C. Department of Corrections. Courson is currently being held in the Northern Neck Regional Jail in Warsaw, Virginia (NNRJ).

The Court will recall that in the February 7 status conference it inquired about Courson's ability to review electronic discovery and meet with counsel at NNRJ. Courson and his counsel subsequently determined that the defendant's access to e-discovery materials will likely be greater in the D.C. Jail's Correctional Treatment Facility than at NNRJ. In addition, the commute from this district to Warsaw, Virginia can take up to three hours each way. Courson's transfer to this district would therefore promote both his access to counsel and his ability to review evidence in his case.

To the extent this Court can recommend or accelerate the defendant's transfer to the D.C. Department of Corrections by the U.S. Marshals, Courson respectfully requests that it do so.

Dated: February 14, 2022                                  Respectfully submitted,

                                                          /s/ Nicholas D. Smith
                                                          Nicholas D. Smith, DC No. 1029802

7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

### Certificate of Service

I hereby certify that on the 14th day of February, 2022, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Matthew Moeder
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith, DC No. 1029802
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com