UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-035 (EGS)** |
| | : | |
| **MASON JOEL COURSON,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and Defendant, Mason Joel Courson, through counsel agree and consent to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, from April 5, 2022 through and including May 26, 2022, the date of the next hearing, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Since the last conference in this matter, the Government has produced a significant volume of discovery, which defense counsel needs additional time to review. The Government also anticipates making additional productions prior to the next conference.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Matthew Moeder*
Matthew Moeder
Assistant United States Attorney
MO Bar No. 64036
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-4103
Matthew.Moeder@usdoj.gov


/s/ *Nicholas D. Smith*
 Nicholas D. Smith
 DC Bar No. 1029802
 7 East 20th Street, Suite 4R
 New York, NY 10003
 (917) 902-3869
 nds@davidbsmithpllc.com
 ATTORNEY FOR MASON JOEL COURSON

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2022, I caused a copy of the foregoing motion to be served on attorneys of record via email and the Court's electronic filing system.

                                      */s/ Matthew Moeder*
                                      Matthew Moeder
                                      Assistant United States Attorney