UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:21-cr-35-RC |
| MASON COURSON, | ) |
| Defendant. | ) |

**CONSENT MOTION TO CONTINUE CHANGE-OF-PLEA HEARING**

Defendant Mason Courson, through his counsel, files this motion to continue the change-of-plea hearing scheduled for November 9, 2022 at 2:30 p.m. The government does not oppose a continuance.

Courson requests that the Court continue the change-of-plea hearing to November 30, 2022 at 2:00 p.m. A three-week continuance will allow the parties to discuss evidence and continue their conversation about resolving this matter. Courson does not object to exclusion of time from the Speedy Trial Act clock between November 9 and November 30. Courson's counsel apologizes to the Court for the inconvenience.

Dated: November 7, 2022            Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for Mason Courson*

**Certificate of Service**

I hereby certify that on the 7th day of November, 2022, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> Benet Kearney
> Assistant United States Attorney
> 555 4th Street, N.W., Room 4408
> Washington, D.C. 20530

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

> */s/ Nicholas D. Smith*
> Nicholas D. Smith (D.C. Bar No. 1029802)
> 1123 Broadway, Suite 909
> New York, NY 10010
> Phone: (917) 902-3869
> nds@davidbsmithpllc.com