EXHIBIT 1A

