# EXHIBIT 2A



EXHIBIT 2B

