IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 21 Cr. 35 (RC) |
| MASON JOEL COURSON | : | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on November 28, 2022 via USAfx, in relation the United States' Notice of Information in Preparation for November 30, 2022 Change of Plea Hearing (ECF No. 253). The Government may offer these exhibits into evidence during the change of plea hearing scheduled for November 30, 2022. Because they are video clips, the exhibits are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a clip from a video posted on You Tube, available at https://youtu.be/aEGthdTzedk. The clip is approximately 2 minutes and 31 seconds long. The events depicted in the exhibit occurred at approximately 4:27-4:29 p.m. EST on January 6, 2021.

2. Government Exhibit 2 is a clip from the body-worn camera video of Officer C.M. with the Metropolitan Police Department. The clip is approximately 1 minute and 12 seconds long. The events depicted in the exhibit occurred at approximately 4:26-4:28 p.m. EST on January 6, 2021.

If the Court accepts these proposed exhibits into evidence on November 30, 2022, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ Benet J. Kearney*
Benet J. Kearney
N.Y. Bar No. 4774048
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, New York 10007
(212) 637 2260
Benet.Kearney@usdoj.gov