# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 1:21-cr-35-RC |
| v. | )<br>)<br>) |
| MASON COURSON, et al., | )<br>) |
| Defendants. | )<br>) |

## UNOPPOSED MOTION BY MASON COURSON TO CONTINUE SENTENCING HEARING

Mason Courson's sentencing hearing is currently scheduled for April 14, 2023. Sentencing memoranda are due April 4.

Courson's counsel is currently in trial in *United States v. Nordean*, *et al.*, 21-cr-175-TJK. Trial has lasted longer than the parties had anticipated. Counsel believes that trial may not conclude by April 4. At the same time, counsel needs time to meet and confer with Courson prior to the sentencing hearing in this case. Courson is being held in Lewisburg, Pennsylvania.

Accordingly, Courson moves the Court to continue the sentencing hearing to May 3 or May 4. If those dates do not work, Courson requests sometime during or after the week of May 15. The government does not oppose this motion. May 3 and 4 work for the government.

Dated: March 23, 2023                                          Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Mason Courson*

1

**Certificate of Service**

I hereby certify that on the 23rd day of March, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Mason Courson*