Dear Judge Contreras,

   My name is Michelle Layton, I'm 54 and have worked as a flight attendant for American Airlines for the past 32 years.  I've known Mason Courson about 10 years. I met he and his family at church and became very close to them. Mason and I both did Venue Control , or Security, at church. I led the group at the time. We have very high profile people and A list celebrities that attend. Mason was always very reliable. He was a go to when there was a problem. He always served with grace and patience but also never wavered from the task at hand.

   I do remember one of many instances in particular where there was a homeless individual that was screaming and running through the courtyard after the church service threatening the guests. There were hundreds of people including our high profile guests and small children. Mason approached the man and started talking to him. The man stops yelling, I look over again and Mason has his arm around the guys shoulders and is walking and talking with him. He takes him over to where the coffee bar is and gets the man and himself a bottle of water and sits down with the guy and simply has a conversation. The homeless man said he hasn't had a conversation like that in a long time. He shakes Masons hand and walks off. The next week the man came back. Mason met him at the door, took him inside the church and gave him a seat up front and sat with the guy through the service.

   I also would like to tell a quick story about Mason being a father. He is an outstanding father. His son loves him so much and misses his dad. I have a granddaughter that I bring to Mason's mothers house sometimes. She is currently 6, so at this time she probably was around 4. There were quite a few small children present. Out of all of the adults there, Mason sat in the middle of all of the kids, including his son, and played for hours. He let the little girls style his hair, he let all the kids climb him like a jungle gym, as they were right in the middle of us, all having the time of their lives. When a squabble broke out between the kids, he was quick to mediate with the softest voice , explaining and correcting the behavior in the gentlest way. Then the laughter, you could just hear the deep belly laughs from all the kids who thought Mason was hilarious. He is so great with the kids and fathers his son the same way, doesn't raise his voice and leads firmly but with grace and a kind heart.

    Your Honor, this is the kind of man Mason is. He is kind, helpful, empathetic, reliable, trustworthy and most importantly, a man of God. I ask that you take all of this into consideration and show Mason the same grace as he always shows others.

   Thank you your Honor for your time and attention. I have many other stories about Mason and am more than willing to share. I can be reached at 954-558-8098.

                  Michelle Layton

Dear Judge Contreras:

My name is Robert Hasmi. I am writing on this letter on behalf of Mason Courson. I met Mason 11 years ago, when I met his aunt of which I am happily married to for 10 years now.

At the time, I was a police officer for Hialeah PD located in South Florida.  Upon meeting Mason, his first words to me were "Thank you for your service", as I also served in the Marine for 8 years. Needless to say, he had won me over right there. It is very hard to find a 17 year (at the time) to show any respect for authority of any kind these days.

In all over conversation over the years, Mason should nothing but respect to everyone. He is a very smart, ambitious young man. I would sincerely vouch for the good character of my nephew.

With this being said, I please ask that you take leniency with your final decision.

Respectfully,


Robert Hasmi

786-537-4589

Dear Judge Contreras,

I am writing to vouch for Mason, who is my boyfriend Rene Lopez's cousin, and whom I have known for six years. As the owner of Liquid Gold Miami, a luxury mobile spray tanning company in South Florida, I have had the pleasure of seeing Mason interact with my children, whom he adores. In particular, his son Versai loves to play with my kids.

Mason is a warm and welcoming person who always makes everyone feel at home. He can be found playing sports or engaging in any activity with all the kids and family members at parties. He is an outstanding father, son, cousin, and friend, and his family, as well as all of us who know him, are devastated by his absence. We need him here with us, especially his son, whom he loves dearly and deserves to see grow up.

I implore you to consider leniency in Mason's case and forgive him for any mistakes he may have made. He is a valuable member of our community and deserves the opportunity to be reunited with his loved ones.

Thank you for taking the time to read my letter.


Sincerely,
Jacqueline Adamo
305-926-0230

Honorable Judge Contreras,

I am writing to express my unwavering support for my cousin, Mason. Since his birth, I have shared a special bond with Mason, being one of my youngest cousins. On weekdays, I work as a sales representative at a marketing firm, while my weekends are dedicated to spending quality time with my children and family. On Sundays, my family and I attend church, and we frequently enjoy barbecues hosted by my mother, where I usually meet with Mason.
Mason is an exceptional father and, undoubtedly, my closest cousin. Whenever I attend sporting events, such as baseball games with my son, he is always the first person I call. His absence has been greatly felt by our family, especially his child and the younger members. I humbly request your forgiveness for any wrongdoing on his part, so that he can be reunited with us.

Thank you for taking the time to read my letter.


Respectfully,
Rene Lopez
954-955-1370

Dear Judge Contreras:

My name is Ana Hasmi. I am writing this letter on behalf of my nephew Mason Courson.  My husband and I live in Cooper City Florida. I currently am employed with Aetna Health Plan as a Senior Claims adjustor as well as own my own Medical Billing Company.

I would sincerely like to vouch for the good character of my nephew. Mason has grown into a true gentlemen and wonderful father. His helpful nature and kind gestures in our church community is a true testament of that.

One of my fondest moments of Mason was as a little boy. I dropped him off at day care and with tears in his eyes he said "Tia don't leave me", of which I replied "I will never leave you". I vow to this day to hold to that statement.

I have the ultimate most respect for Mason of how he has handled the responsibilities of being a father and the bond he and has with his son.  As feel, watching him bond with my mother (his grandmother) throughout her years is truly heartwarming.  There is nothing this young man would not do for me or his family.

With this I ask that you please take into consideration how much he means to his son and our family. I hope that you will look at my letter and understand that Mason has a Christian family and friends that support him.  I would like to plead for your leniency.

Respectfully,


Ana Hasmi

954-605-4391

Dear Judge Contreras,

Thank you so much for taking the time to read this letter.

My name is Jacqueline Guertler, I am writing to you on behalf of Mason Courson.

I have known Mason for the past 7 years. He is my son-in-law's cousin on his mother's side. I am a mother and grandmother of 3, and have been married for 33 years. I currently work as a Real Estate Advisor.

Mason started attending our home for Holidays, birthday parties and family gatherings more often after his son Versay was born. One of the things that impressed me about Mason was how as a single father he knew how to take care of a young child and did an outstanding job.  I observed closely how he took great care of little Versay, he made sure he was well fed during the meals, had a clean diaper and was well cared for. Mason was very attentive to his son's needs and to the needs of the children around him.  One of Versay's favorite things to do while visiting our home was to play at the playground set we have in the backyard. So Mason used to take the time to play with him and the little cousins by pushing them on the swing sets, slides, sand box and all around the backyard.

Again, I very much appreciate you taking the time to read my letter and to kindly consider my request to show mercy and grace on Mason Courson as his little son Versay misses him a lot and needs his father to be present in his life.


Respectfully,

Jacqueline Guertler
954-552-7080

Dear Judge Contreras:

My name is Ana E Rea, I'm Mason Joel Courson's grandmother.
As you can see, I have known Mason since he was born, as a matter of fact, I was there when he was born, actually I saw him being born.
Many times I took care of him, seeing this wonderful and very smart child growing to be also a wonderful straight A student, a caring and loving young man, also enjoying every moment of his growing as a great adult he became.
Mason care deeply for his family, friends and his Nanita (me), always willing to help at anytime to anyone that will need his help.
I'm convinced that Mason will be great working for his community, caring for his family and friends a great assess to all.
I hope and pray you'll be consider how much he is needed back with us, and since I'm 81 years old, also pray every single day, that I'll be able to hug and kiss my grandson Mason once more, before I died.
Thank you for your attention.
Sincerely,
Ana E. Rea
786-213-5014

Dear Judge Contreras,

My name is Michael Lopez and I have known Mason his entire life as I am his older cousin. I am a dad and have a small business with my wife.

As kids we always had a great time. It has been so cool to become adults together. I have watched Mason become an amazing young man. Mason is so smart and always learning, I admire that about him, and what is even more admirable is how humble he is about it. Through all the experiences we've had growing up, I am most grateful that we got to experience fatherhood together, as I have two small children and Mason has one. When he had his son, we hung out a lot. Everything he did was for his son; he loves him so much. It has been a joy to watch the cousins build that same bond that we had. I miss seeing him in the role his truly loves to be, a dad. I hope more than anything we get to see them reunited soon.

I humbly ask you Judge Contreras to please have mercy on Mason, and in that extending that mercy to his son, who needs his dad. I know through all this he wants nothing more than to hold his baby boy again. I ask if there is any way you can find leniency in your heart to allow forgiveness for him, to please consider that option.

I appreciate you taking the time to read this. It can be difficult to express an entire lifetime of emotion and bond with someone though a short summery, but please know Judge Contreras that Mason is so deeply loved by our family, our hearts are in constant agony, but we trust that the best is yet to come. Thank you again and may love, peace and wisdom go with you.

Michael Lopez

954.670.6217

Dear Judge Contreras,

My name is Natasha Lopez, I have known Mason for 15 years as I am married to his cousin Michael.

I am a mom and have a small business with my husband.

This may sound cliché but there really are so many amazing qualities about Mason, but what I want to share with you is not just a quality but a moment that showed me how truly selfless and intentional he is. I am a mom and in this season of my life there is nothing more important to me than that, and I know Mason agreed.

I remember when Mason and the mother is his child separated. She moved back with her family, but unfortunately they lived about 7 hours away, if you were driving. Mason would drive every two weeks, pick up his son, spend two weeks with him and drive him back.  Like clockwork, he went, and never not once did I hear him complain. Babies and toddlers are not easy, as any parent can a test, but he navigated parenthood with such joy and grace. I cannot tell you how much respect I have for him. He stepped up, he did the hard things and he them well.  I found myself at times thinking about his situation and telling my husband, there are not many dads in this world that would drive hours every two weeks, essentially be a single parent for two weeks and drive hours back to drop him off, then I realized, there are probably not many moms either. That is a physically, emotionally, financially and mentally draining thing to do and truly he did it with ease. It was never a big deal, that is how much he loved his son.

When I met my husband 15 years ago, I was overwhelmed by how much love, loyalty and support they had for each and with open arms they extended that love to me. We all have such a beautiful bond and I am so grateful I get to raise my kids with that. Mason and his son are a missing piece, and we feel it.

You have the power and authority to allow us to be that family again. I ask that you please consider forgiveness on Mason, please. Chances are you will never meet any of us, but I hope you would find peace or maybe even comfort knowing that there would be an entire family here in South Florida that would be ETERNALLY grateful to you if you will show Mason mercy.

Thank you for hearing my heart. I appreciate you reading this.


Natasha Lopez

954.232.7745

Dear Judge Contreras,

I hope this letter finds you in good health and high spirits. I am writing to provide a character reference for my dear friend, Mason Courson, whom I have known since our high school days. I believe it is important for you to have a deeper understanding of his character and the impact he has had on those around him.

I had the pleasure of attending high school with Mason Courson, where we shared countless experiences, challenges, and triumphs together. During our time together, I had the opportunity to witness his exceptional qualities firsthand, which have left an indelible impression on me.

First and foremost, Mason Courson is an individual of utmost integrity. He consistently displays a strong moral compass, making ethical choices and standing up for what is right. His actions have always been guided by a deep sense of honesty.

Moreover, Mason Courson is an exceptionally compassionate and empathetic individual. He has a genuine concern for the well-being of others and has always gone out of his way to lend a helping hand to those in need. Whether it was volunteering for community service initiatives or supporting friends during difficult times, Mason Courson consistently demonstrated his selfless nature and commitment to making a positive impact on the lives of those around him.

Mason Courson has always displayed commendable leadership qualities. He has an ability to inspire and motivate others, fostering a collaborative environment where everyone feels valued and included. I have personally witnessed Mason Courson take charge of various projects and initiatives, demonstrating exceptional organizational skills and a remarkable ability to bring out the best in his peers.

I firmly believe that his positive qualities and exemplary character are deserving of your consideration. I hope that you will take into account the impact that Mason Courson has had on the lives of those who know him.

In conclusion, I wholeheartedly vouch for Mason Courson's character and attest to his integrity, compassion, and leadership abilities. I kindly request that you take this letter into account when making your decision, and I thank you for your time and consideration.

Should you require any further information or clarification, please do not hesitate to contact me at the provided contact details below. Thank you for your attention to this matter.

All the best,

Garet Frank

954-557-7033

Dear Judge Contreras,

My name is Mitchel Guertler, I have been a business owner for the past 29 years. I met Mason Courson 7 years ago through my daughter's husband.

Mason started coming to family functions and events. As I got to know him I admired how he was such a devoted father and willing to do anything for his son to give him the best possibility for success and a good life. He was so devoted to his son, he would drive literally hours to pick him up and drive him back so he could spend as much time possible with him.

More young single fathers should look at him as a good example of how responsible a father should behave.

In addition, I had many talks and learned much in the investment world from him. He is very dedicated to success in his personal life and finances. He helped me set up many things in my computer to follow investments opportunities and the market.

Mason is a good person, a good son, a good father, good brother and basically an American that is willing to work hard and live the American dream. The Mason I know definitely does not deserve to be in this situation for another minute. More young man should have the character he has as this country and world would be a much better place.

Please feel free to contact me for anything further I can contribute in regards to Mason's good characteristics and attributes.

Respectfully,

Mitchel S. Guertler
955-295-4220

Dear Judge Contreras,

My name is Lukas Volpe and I am a childhood friend of Mason. We have played football together and have been on the same Little League teams since eight years old. We then played college football together at Methodist University and I was lucky enough to have Mason as my roommate. After football, I Graduated from Florida Gulf Coast University and pursued a career in Finance, I am currently a financial wholesaler.

Mason has always been a smart kid, and has always been an excellent person to approach for advice . Playing football together from a young age, it teaches you a lot, it teaches you how to work as a team, how to hold yourself accountable and to be responsible. Mason has every one of these characteristics and is an outstanding person at heart.

He has unfortunately made some decisions I know he regrets, and I truly believe he has learned from his mistakes. He wants to be a role model for his son and start over from scratch. At this time, I am asking you to give him an opportunity to do good and create a new path.

I hope you can see the potential in him as I do. I want to thank you for your time, and I wish nothing but the best.

Best regards,

Lukas Volpe

Dear Judge Contreras,

My name is Kameron Chapman.  I have known Mason Courson for about ten plus years now.  We met in high school at Cypress Bay High in Weston Florida, where we played football together and we have remained friends even after high school and sports came to an end.  I am currently a Project Manager for Linear Roofing in Dallas, Texas.

There are a ton of examples I could give you that speak on Mason's character.  But, the one that stands out the most to me would be when Mason and I would volunteer coaching our loved youth football team. Mason was there every single day not only to help the kids become better at the game but also to set an example to become better men.

I ask you for mercy when it comes to Mason's case.  He is a great father, family member, and friend. I know that he has learned from this experience and will only be better from it.

Thank you,

Kameron Chapman

954-881-5671

Dear Judge Contreras,

My name is Magan Courson. I am Mason's younger sister, I never knew a life without him in it. I am a full time mom and work part time as a laser technician and facial specialist.

I can say without hesitation that Mason is one of the most gentle spoken men that i know. He's considerate, passionate, protective, caring and hard working. I have had the privilege of growing up around him, living with him every day and seeing how special he is. Mason has always been smart and helpful. I was never passing math throughout school, and one thing no one can take from him is the fact that he's a genius when it comes to numbers. He really took the time to make sure i understood problems and how to solve them. When i think about it, it wasn't only homework he helped me with, but solving problems in the real world as well. He's been someone that i always looked up to and aspired to be like as a child. Now that we're adults, i've been blessed to see him become a man, a father and an uncle. When he had his son that was his full focus, using patience and love to guide him through his journey of being a dad. He's amazing with my daughter who's a year younger than his son, we all used to be together quite a lot. I would give anything to have that back.

Today, Judge I am asking you to show mercy on Mason and please forgive him for his wrong doings. My family is not whole without him. His son needs his father. We all need him home.

Thank you

Magan Courson
9548494964

To whom it may concern,

I'm writing this letter to help shine light on the character and heart of Mason Courson, to whom I've personally have had the privilege of knowing and pastoring. Mason, a few years ago, became serious about his faith and instantly began serving at VOUS Church, a local church in Miami. His heart for people was very evident in the way he would interact and engage with everyone in the church community. He served / volunteered hundreds of hours within the church and also helped to be part of projects within the city of Miami through an initiative called "I Love My City". He volunteered his time within the Venue Control team at VOUS Church, a team of volunteers that help to ensure the health and safety of the congregation. This team consisted of many off duty law enforcements in which Mason was constantly honoring and respectful toward. Mason was very vocal about the people in his family that were in law enforcement. Mason's character and heart for people is not one to ever hurt anyone. It's shocking to read such allegations that Mason would ever physically harm anyone let alone a person in law enforcement. Mason is known to be a loving and caring person. He is an incredible son, brother, father and most importantly a man of God with great morals and values. My prayer is that his light and heart would shine through these horrible allegations. I also pray that this letter would help convey the integrity and character of an amazing man of God who has done incredible work to help people in need and those far away from God.

With much love and discernment,

*Chris Lopez*

Chris Lopez
VOUS Church
General Manger / Licensed Minister

Dear Judge Contreras,

 I write to you today on behalf of my long time friend Mason Courson. My name is Jared Cruz. I am an Honorably Discharged U.S. Army Infantry veteran and Administrative Director at a top martial arts academy here in South Florida.
 I have known Mason since we were children in grade school and stayed friends all throughout our childhoods into adulthood. Whether it be at sports practice or at our homes, there was a period of time where both of us were inseparable. The significance of this for me lies in the fact that growing up, I was a bit of an outcast in many social and school circles. I had very few true friends. I was a troublemaker and had behavioral issues due to my home life. This led to a lot of alienation from my peers and their parents. Nobody wants their kid around the troublemaker. That was never the case with Mason.
 The Courson's have always been a welcoming and loving family, centered around many positive values that carried into Mason's character. Regardless of my outcast status, he was always proudly my friend and made it clear to our peers. He always had my back, and I knew it. From grade school through high school, to even after I left the military, Mason and I have stayed friends.
Loyalty. Compassion. Determination. These are the 3 traits that I personally would say encapsulate who Mason is. I truly believe that he aligns with the best side of them and that his ability to utilize them for the benefit of his community and his family is overwhelming positive. He is a father, a brother, a son, and a friend.
 I would like to respectfully and humbly ask on behalf of my friends best qualities that you can find it within yourself to consider forgiveness unto him. I cannot speak of the future or the unknown, but what I do know is that Mason has a capacity for goodness not yet fulfilled and I believe with his experiences and lessons learned, he will be able to translate them to a positive outcome. I have not spoken to Mason since 2020 due to our individual circumstances and the complications of life, but still I am compelled to write this letter because I fully believe in the potential that exists within my friend.
  In Dryden's words... "*Life is an adventure in forgiveness.*"

Thank you for your time and consideration.

With warmest regards,

Jared Cruz
(954) 465-7333