IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 21 Cr. 35 (RC) |
| MASON J. COURSON | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL**

The United States of America, through the undersigned, requests an order placing Exhibit 8 and 9 to the Government's sentencing memorandum (ECF No. 318) under seal.

Both exhibits relate to MPD Officer B.M.'s physical injuries that he sustained on January 6, 2021. Government Exhibit 8 is a Federal Bureau of Investigations report documenting an interview with Officer B.M. where the officer described his physical injuries. Government Exhibit 9 is a medical report that documents Officer B.M.'s physical injuries. These exhibits were previously provided to the Court and defense counsel via USAfx and will be offered into evidence during the sentencing hearing scheduled for June 16, 2023. Due to the sensitive nature of these records, the United States respectfully requests that they be filed under seal.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BY:   /s/ Matthew Moeder
Matthew Moeder
Missouri Bar #64036
Assistant United States Attorney
400 East 9th Street
Room 5510
Kansas City, Missouri 64106
816-426-3122
Matthew.Moeder@usdoj.gov