# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASON JOEL COURSON (8),<br><br>Defendant. | Case No.: 21CR00035-RC<br><br>**UNOPPOSED MOTION TO DISMISS REMAINING COUNTS AS TO DEFENDANT COURSON WITHOUT PREJUDICE** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Matthew M. Graves, United States Attorney, and Alexandra F. Foster and Benet J. Kearny, Assistant United States Attorneys, respectfully requests that the Court dismiss Counts 7, 11, 14, 18, 19, 20 and 24 in the third superseding indictment filed on November 17, 2021, as to Defendant MASON JOEL COURSON (Defendant) only. Dismissal is warranted to meet the ends of justice. Counsel for Defendant does not object to the Government's motion.

On November 17, 2021, Defendant was indicted on eight Counts (Counts 7, 10, 11, 14, 18, 19, 20 and 24) for his actions on January 6, 2021. On November 30, 2022, Defendant pled guilty to Count 10 (Assault, in violation of 18 US Code Sections 111(a)(1), 111(b) and 2) of the third superseding indictment. On June 16, 2023, Defendant was sentenced to 57 months' incarceration and three years' Supervised Release on Count 10.

The government now moves to dismiss the remaining Counts (counts 7, 11, 14, 18, 19, 20 and 24) without prejudice, solely as to Defendant Courson.

DATED: June 27, 2023         Respectfully submitted,

                         MATTHEW M. GRAVES
                         United States Attorney
                         D.C. Bar No. 481052

        By:     */s/ Alexandra F. Foster*
                         Alexandra F. Foster
                         D.C. Bar No. 470096

                         */s/ Benet J. Kearney*
                         Benet J. Kearney
                         N.Y. Bar No. 4774048

                         Assistant United States Attorneys
                         601 D Street, N.W.
                         Washington, D.C. 20530
                         (619) 546-6735/(212) 637-2260
                         Alexandra.Foster@usdoj.gov/Benet.Kearney@usdoj.gov