# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 21-35 (RC) |
| : | |
| MASON JOEL COURSON (8), : | Re Document No.: 326 |
| : | |
| Defendant. : | |

## ORDER

### GRANTING MOTION TO DISMISS REMAINING COUNTS WITHOUT PREJUDICE

On November 17, 2021, Defendant Mason Joel Courson was indicted on eight counts (Counts 7, 10, 11, 14, 18, 19, 20 and 24). On November 30, 2022, Defendant Mason Joel Courson pleaded guilty to Count 10, and on June 16, 2023, he was sentenced to 57 months of incarceration and 3 years of supervised release.

The Government has now filed a motion to dismiss the remaining counts against Defendant Mason Joel Courson, without prejudice. Upon consideration of the motion (ECF No. 326), the motion is **GRANTED**. It is hereby:

**ORDERED** that all remaining Counts (Counts 7, 11, 14, 18, 19, 20 and 24) as to Defendant Mason Joel Courson are **DISMISSED.**

**SO ORDERED**.

Dated: July 3, 2023

RUDOLPH CONTRERAS
United States District Judge