UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-035 (RC)** |
| | : | |
| **MASON JOEL COURSON,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO EXTEND DEADLINE TO FILE RESPONSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to extend the deadline to respond to defendant Mason Joel Courson's Motion for Reduction in Sentence or for Compassionate Release (the "Motion," Dkt. 384), which was filed on November 29, 2023.[1]  Pursuant to Local Criminal Rule 47(b), the deadline for the United States to respond to the Motion is December 13, 2023; however the Government respectfully requests additional time, until December 29, 2023, to file its response.

---

[1] It appears that the Motion was received by the Clerk of Court on November 20, 2023, but was officially docketed on November 29, 2023.

It appears that the defendant filed the Motion *pro se*.  Nevertheless the Government has consulted with counsel of record regarding a request for additional time but has not yet received a response.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        DC Bar No. 481052

By:      */s/ Benet J. Kearney*
           BENET J. KEARNEY
           Assistant United States Attorney
           NY Bar No. 4774048
           1 Saint Andrew's Plaza
           New York, New York 10007
           Benet.Kearney@usdoj.gov
           (212) 637 2260

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion for Extension of Deadline was served on all counsel of record via the Court's electronic filing service and on Mason Joel Courson via certified mail.

    */s/ Benet J. Kearney*_____
BENET J. KEARNEY
Assistant United States Attorney

Date:   December 12, 2023