UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-cr-35 (RC) |
| | : | |
| MASON JOEL COURSON, | : | Re Document No.:   384 |
| | : | |
| Defendant. | : | |

## ORDER

The Court assumes that Defendant Mason Joel Courson has been issued a pardon pursuant to the President's order dated January 20, 2025, and that Defendant's Motion for Reduction of Sentence or for Compassionate Release, ECF No. 384, is now moot. If either Defendant or the Government believes that the motion is not moot, that party shall state so in a filing on the docket on or before February 7, 2025.

**SO ORDERED**.

Dated: January 24, 2025                                                                 RUDOLPH CONTRERAS
                                                                                                          United States District Judge